IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PAMELA RODKEY, *et al.*, | ) CASE NO. 3:16-cv-00311-TMR |
| Plaintiffs, | ) |
| | ) JUDGE THOMAS M. ROSE |
| v. | ) |
| | ) |
| 1-800-FLOWERS SERVICE SUPPORT CENTER, INC. and HARRY AND DAVID, LLC, | ) **NOTICE OF FIRM CHANGE** |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Daniel Messeloff, counsel for Defendants 1-800-Flowers Service Support Center, Inc. and Harry and David, LLC (collectively, "Defendants"), is no longer with Jackson Lewis, P.C.  Mr. Messeloff is now with the firm of Tucker Ellis LLP.  Mr. Messeloff will continue to represent Defendants in this action.  All further communications from the Court and from all parties should be directed to Mr. Messeloff at the updated contact information below.

Jackson Lewis, P.C. is no longer counsel for Defendants in this action.

| Former: | Updated: |
|---|---|
| Daniel L. Messeloff | Daniel L. Messeloff |
| Jackson Lewis, P.C. | Tucker Ellis LLP |
| 6100 Oak Tree Boulevard, Suite 400 | 950 Main Avenue, Suite 1100 |
| Cleveland, OH  44131 | Cleveland, OH 44113-7213 |
| Telephone:     216.750.0404 | Telephone:     216. 696-5898 |
| Facsimile:      216.750.0826 | Facsimile:      216.592.5009 |
| E-mail:  *daniel.messeloff@jacksonlewis.com* | E-mail:  *daniel.messeloff@tuckerellis.com* |

Respectfully submitted,

s/Daniel L. Messeloff
Daniel L. Messeloff (0078900)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:    216. 696-5898
Facsimile:      216.592.5009
E-mail:    daniel.messeloff@tuckerellis.com

*Attorneys for Defendants*

3156404.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2017, a copy of the foregoing NOTICE OF FIRM CHANGE was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      /s/Daniel L. Messeloff
      Daniel L. Messeloff (0078900)
      *Attorneys for Defendants*

-2-

3156404.1