# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

Pamela Rodkey and Cherie Cummings, on behalf of themselves and all other similarly situated employees nationwide, and on behalf of the Ohio and Oregon Classes,

        Plaintiffs,

v.

1-800 Flowers Service Support Center, Inc., Harry and David, LLC, and DOES 1-20, inclusive,

        Defendants.

Court File No.: 3:16-cv-00311

District Judge: Rose

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND TO MODIFY THE PRELIMINARY PRETRIAL CONFERENCE ORDER (DOC. 116)**

---

The above-captioned matter is before the Court on Plaintiffs' Motion for Extension of Time and to Modify the Preliminary Pretrial Conference Order (Doc. 116). Based upon Plaintiffs' supporting memorandum and the attached exhibits, the Court **GRANTS** the Motion for Extension (Doc. 116) and **MODIFIES** the Preliminary Pretrial Conference Order to reflect the following deadlines:

| | |
|---|---|
| **March 16, 2018**: | Discovery cut-off |
| **March 20, 2018:** | Motion for Rule 23 Class Certification |
| **60 days following ruling on Rule 23 class certification**: | Cut-off date for filing summary judgment motions |

Additionally, the Court **VACATES** the remaining trial schedule to be reset upon its ruling on the parties' motions for summary judgment.

        **DONE** and **ORDERED** in Dayton, Ohio, this Thursday, January 25, 2018.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE