# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Pamela Rodkey and Cherie Cummings, on behalf of themselves and all other similarly situated employees nationwide, and on behalf of the Ohio and Oregon Classes,<br><br>Plaintiffs,<br><br>v.<br><br>1-800 Flowers Service Support Center, Inc., Harry and David, LLC, and DOES 1-20, inclusive,<br><br>Defendants. | Court File No.: 3:16-cv-00311<br><br>District Judge: Thomas M. Rose<br><br>**ORDER GRANTING IN PART MOTION TO SET DEADLINE FOR PRODUCTION OF INFORMATION RELEVANT TO SETTLEMENT AND TO STAY DEADLINES** |

The above-captioned matter is before this Court on the Plaintiffs' Motion to Set Deadline for Production of Information Relevant to Settlement and to Stay Deadlines. Based upon the memoranda and all of the files herein, the Court makes the following ruling:

The Parties' Motion is hereby **GRANTED** in part.

This matter is stayed for thirty (30) days. Should the Parties not reach a settlement during this thirty-day stay, then the Parties shall file with the Court a status report requesting the Court to set new deadlines for the remainder of the case including new deadlines for Plaintiffs' to file for Rule 23 Class Certification and for Defendants' to file a Motion for Decertification of the Conditionally-Certified FLSA Class.

As Plaintiffs' have withdrawn their request for the Court to set a deadline for Defendants' to produce certain data, this portion of the motion is denied as **MOOT**.

IT IS SO ORDERED.

Signed this 5th day of April, 2018

\*s/Thomas M. Rose
_____
Judge Thomas M. Rose
United States District Court