# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Pamela Rodkey and Cherie Cummings, on behalf of themselves and all other similarly situated employees nationwide, and on behalf of the Ohio and Oregon Classes,<br><br>                Plaintiffs,<br><br>v.<br><br>1-800 Flowers Service Support Center, Inc., Harry and David, LLC, and DOES 1-20, inclusive,<br>                Defendants. | Case No.: 3:16-cv-00311<br><br>District Judge: Thomas M. Rose<br><br>**ORDER ON JOINT MOTION TO MODIFY DEADLINES** |

      The above-captioned matter is before this Court on the parties' Joint Motion to Modify Deadlines (Doc. 139). Based upon the motion and all of the files herein, the Court makes the following Order:

      The parties' Motion is hereby **GRANTED**. The deadline for the filing of the motion for final settlement approval is extended to February 6, 2019. Any response to the motion for final settlement approval shall be due February 27, 2019. If a response is filed, any reply to such response shall be filed by no later than March 8, 2019.

      **DONE** and **ORDERED** in Dayton, Ohio, this Monday, December 3, 2018.

                                                                                      s/Thomas M. Rose

                                                                    THOMAS M. ROSE<br>
                                                     UNITED STATES DISTRICT JUDGE