# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Pamela Rodkey and Cherie Cummings, on behalf of themselves and all other similarly situated employees nationwide, and on behalf of the Ohio and Oregon Classes,<br><br>    Plaintiffs,<br><br>v.<br><br>1-800 Flowers Service Support Center, Inc., Harry and David, LLC, and DOES 1-20, inclusive,<br>    Defendants. | Case No.: 3:16-cv-00311<br><br>District Judge: Thomas M. Rose<br><br>**ORDER ON JOINT MOTION TO MODIFY DEADLINES** |

   The above-captioned matter is before this Court on the parties' Joint Motion to Modify Deadlines. (ECF No. 141.) Based upon the motion and all of the files herein, the Court makes the following:

   The parties' Motion is hereby **GRANTED**. Class Counsel shall move for attorneys' fees and costs no later than February 8, 2019. Class Counsel also shall send supplemental notice to appropriate Settlement Class Members no later than February 11, 2019. These Settlement Class Members shall respond to their supplemental notices no later than March 1, 2019. The parties shall submit their joint motion for final approval of settlement no later than March 5, 2019.

**DONE** and **ORDERED** in Dayton, Ohio, this 6th day of February, 2019.

                 *s/Thomas M. Rose*
                 _____
                 Judge Thomas M. Rose
                 United States District Court
                 Southern District of Ohio