# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Pamela Rodkey and Cherie Cummings, on behalf of themselves and all other similarly situated employees nationwide, and on behalf of the Ohio and Oregon Classes,<br><br>    Plaintiffs,<br>v.<br><br><br><br><br><br>1-800 Flowers Service Support Center, Inc., Harry and David, LLC, and DOES 1-20, inclusive,<br>    Defendants. | Case No.: 3:16-cv-00311<br><br>District Judge: Thomas M. Rose<br><br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS** |

___

Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Class Representative Service Awards came before this Court on February 8, 2019. The proposed settlement in this case was preliminarily approved by this Court on October 22, 2018. (ECF No. 138.) The Court has reviewed the materials submitted by the parties. For the reasons cited on the record as well as those reasons stated hereafter, the Court finds and orders as follows:

1. The Court hereby grants Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Class Representative Service Awards. The requested awards appear to be fair and reasonable.

2. The Court approves Class Representative Service Awards to Plaintiff Rodkey and to Plaintiff Cummings.

3. The amount of time Class Counsel spent litigating and resolving this matter is reasonable, and their hourly rates are reasonable. Accordingly, Class Counsel's application for attorneys' fees in the amount of 33 1/3% of the Gross Settlement Amount is granted.

4. The application for reimbursement of litigation expenses and costs is granted.

1

5. The application for reimbursement of settlement administration costs is granted.

**DONE** and **ORDERED** in Dayton, Ohio, this 18th day of March, 2019.

*s/Thomas M. Rose

───────────────────────────────
Judge Thomas M. Rose
United States District Court
Southern District of Ohio