# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Pamela Rodkey and Cherie Cummings, on behalf of themselves and all other similarly situated employees nationwide, and on behalf of the Ohio and Oregon Classes,<br><br>        Plaintiffs,<br>v.<br><br>1-800 Flowers Service Support Center, Inc., Harry and David, LLC, and DOES 1-20, inclusive,<br>        Defendants. | Case No.: 3:16-cv-00311<br><br>District Judge: Thomas M. Rose<br><br>**ORDER TERMINATING CASE** |

This matter having been settled, the parties' executed Settlement Agreement and Release (Doc. 134-3) having contemplated dismissal of the claims brought in this case following the settlement's final approval by the Court, the parties' Joint Motion for Final Settlement Approval having been granted (Doc. 146), and the Plaintiffs' Motion for an Award of Attorney Fees, Costs, and Class Representative Service Awards having been granted (Doc. 147), this case is hereby **TERMINATED**.

      **DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, July 9, 2019.

                                                                                     s/Thomas M. Rose
                                                                                 _____
                                                                           THOMAS M. ROSE
                                                     UNITED STATES DISTRICT JUDGE